IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JULIUS WHITE,<br><br>        *Plaintiff*,<br><br>v.<br><br>Judge THROWER, *et al.*,<br><br>        *Defendants.* | CIVIL ACTION NO.<br>5:21-cv-00009-TES-CHW |

ORDER OF DISMISSAL

Pending before the Court is the Recast Complaint [Doc. 11] filed by Plaintiff

Julius White, a recently-released prisoner, seeking relief under 42 U.S.C. § 1983. On July

28, 2021, Plaintiff was ordered to amend or supplement his Recast Complaint to provide

additional information about his underlying criminal charges. [Doc. 13, pp. 2–3].

Plaintiff was given 21 days to comply, and he was warned that the failure to fully and

timely comply with the Court's orders and instructions could result in the dismissal of

his Complaint. [*Id.* at p. 4].

The time for compliance passed without any response from Plaintiff. As such, the

Court ordered Plaintiff to respond and show cause why his lawsuit should not be

dismissed for failing to comply with the Court's previous orders and instructions. [Doc.

15]. Plaintiff was given 14 days to comply, and he was again warned that the failure to

comply with the Court's orders and instructions would result in the dismissal of his

Complaint. [*Id.*].

The time for compliance has again passed without a response from Plaintiff.

Because Plaintiff has failed to comply with the Court's orders and instructions and has

otherwise failed to diligently prosecute his claims, the Court **DISMISSES** his Recast

Complaint [Doc. 11] **without prejudice**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee

Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) (first citing Fed. R. Civ.

P. 41(b) and then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir.

1978)) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to

prosecute or failure to obey a court order.").

**SO ORDERED**, this 30th day of September, 2021.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**