IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JULIUS WHITE, | * |
| Plaintiff, | * |
| v. | Case No.  5:21-cv-00009-TES-CHW |
| | * |
| JUDGE THROWER, et al., | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 30, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 1st day of October, 2021.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk